STATE OF MAINE

YORK, ss.

SUPERIOR COURT

CIVIL ACTION

DOCKET NO. CV-11-91

*PAF -YOR- 10/26/2011*

MICHAEL C. BECKER AND REBECCA )
LUCERO BECKER, )
                 )
          Plaintiffs )
                 )
     vs. )
                 )
L.J. DIPALMA, INC., )
                 )
         Defendant )

**ORDER**

After consideration of Defendant's Motion to Dismiss pursuant to M.R.Civ.P. 12(b)(6) and any opposition thereto, the motion is Granted.

The plaintiffs' home was constructed and purchased in 2002, which is when their cause of action accrued. Plaintiffs' action was commenced in April, 2011, 9 years after the cause of action accrued, and 3 years beyond the applicable 6-year statute of limitations.

Plaintiffs do not have a fiduciary or confidential relationship with the defendant, and the discovery rule does not apply in construction cases like this, even where a latent defect is alleged. Dunelaw Owners' Association et al v. Gendreau, 2000 ME 94 ¶14, 750 A.2d 591, 596.

The Complaint is dismissed with prejudice as time barred.

This Order shall enter upon the civil docket.

Dated: *October 26, 2011*

_____
Justice, Superior Court

ATTORNEY FOR PLAINTIFF:
MATTHEW W HOWELL
CLARK & HOWELL, LLC
PO BOX 545
YORK ME    03909

ATTORNEY FOR DEFENDANT:
SUSAN B DRISCOLL
BERGEN & PARKINSON
62 PORTLAND RD
KENNEBUNK ME    04043